UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHN H. SELBY, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:12-0560 |
| THE NORTHWESTERN MUTUAL | ) | CLASS ACTION |
| LIFE INSURANCE COMPANY, | ) | Chief Judge Todd J. Campbell |
| Defendant. | ) | Magistrate Judge E. Clifton Knowles |

_____

### *JOINT MOTION FOR MODIFICATION OF INITIAL CASE MANAGEMENT ORDER*

_____

The parties, by and through counsel, request that this Court enter an Order modifying the Initial Case Management Order to allow the parties until December 19, 2012 to file their motions for summary judgment.  (The Initial Case Management Order currently requires the parties to file their motions for summary judgment by November 19, 2012).  The extension of the deadline for the parties to file their motions for summary judgment will not affect any other deadlines or dates in the Initial Case Management Order.

Respectfully Submitted,

s/ J. Ross Pepper_____
J. Ross Pepper, (TN. BPR #14444)
Matthew Brothers, (TN. BPR #016000)
Timothy Roberto, (TN. BPR #030321)

PEPPER & BROTHERS, PLLC
2323 21st Avenue South, Suite 502
Nashville, Tennessee 37212
(615) 256-4838
*rpepper@pepperbrotherslaw.com*
*mbrothers@pepperbrotherslaw.com*
*troberto@pepperbrotherslaw.com*

**ATTORNEYS FOR PLAINTIFF**

Respectfully Submitted,


s/ Paul F. Heaton
Paul F. Heaton
Admitted *pro hac vice*
HEATON TRIAL LAW, S.C.
Of Counsel,
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Tel:  (414) 287-9601
Fax:  (414) 274-5198
Email:  *pheaton@gklaw.com*

Robert E. Boston (TN BPR No. 009744)
Charles H. Williamson (TN BPR No. 018287)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel:  (615) 244-6380
Fax:  (615) 244-6804
Email:  *bob.boston@wallerlaw.com*
        *charley.williamson@wallerlaw.com*

Anthony S. Baish
Admitted pro hac vice
Daniel C.W. Narvey
Admitted pro hac vice
GODFREY & KAHN, S.C.
780 North water Street

2

Milwaukee, WI 53202-3590
Tel:  (414) 273-3500
Fax:  (414) 273-5198
Email:  *abaish@gklaw.com*
          *dnarvey@gklaw.com*

**ATTORNEYS FOR DEFENDANT**


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of October, 2012, a true and correct copy of the foregoing was served electronically via the Electronic Case Filing System to the following:


Robert E. Boston, (TN BPR #009744)
Charles H. Williamson, (TN BPR #018287)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
*bob.boston@wallerlaw.com*
*charley.williamson@wallerlaw.com*

Paul F. Heaton
Admitted *pro hac vice*
HEATON TRIAL LAW, S.C.
Of Counsel,
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
(414) 287-9601
*pheaton@gklaw.com*

Anthony S. Baish
Admitted *pro hac vice*
Daniel C.W. Narvey
Admitted *pro hac vice*
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI  53202-3590
(414) 273-3500

3

(414) 273-5198
*abaish@gklaw.com*
*dnarvey@gklaw.com*

/s/ J. Ross Pepper

  J. Ross Pepper