UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN H. SELBY, JR.,

    Plaintiff,

  v.

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

    Defendant.

Case No. 3 12 0560

JUDGE CAMPBELL
MAGISTRATE JUDGE KNOWLES

## NORTHWESTERN MUTUAL'S MOTION FOR SUMMARY JUDGMENT

The defendant, The Northwestern Mutual Life Insurance Company ("Northwestern Mutual"), hereby moves for the entry of summary judgment pursuant to Fed. R. Civ. P. 56(a) seeking the dismissal of all claims of John H. Selby, Jr. ("Selby") and the dismissal of this action.

Northwestern Mutual seeks dismissal of Selby's claims on the grounds that: 1) Selby's claims are barred by the three-year contractual limitations period; 2) Selby's contract unambiguously precludes lifetime benefits for insureds who are still gainfully employed beyond age 65; and 3) the parties' practical construction of the contract confirms that Selby would be ineligible for lifetime benefits if he were gainfully employed beyond age 65.

This Motion is supported by the accompanying Brief In Support Of Motion For Summary Judgment, the accompanying filings, and the entire record in this action.

Respectfully Submitted,

s/Paul F. Heaton
_____
Paul F. Heaton
Admitted *pro hac vice*
HEATON TRIAL LAW, S.C.
Of Counsel,
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Tel:  (414) 287-9601
Fax:  (414) 274-5198
Email:  pheaton@gklaw.com

Anthony S. Baish
Admitted *pro hac vice*
Daniel C.W. Narvey
Admitted *pro hac vice*
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI  53202-3590
Phone:  414-273-3500
Fax:  414-273-5198
Email:    abaish@gklaw.com
            dnarvey@gklaw.com

Robert E. Boston (TN BPR No. 009744)
Charles H. Williamson (TN BPR No. 018287)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel:  (615) 244-6380
Fax:  (615) 244-6804
Email:  bob.boston@wallerlaw.com
          charley.williamson@wallerlaw.com

Attorneys for THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2012, a copy of the foregoing Northwestern Mutual's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

J. Ross Pepper, Esq.
Matthew Brothers, Esq.
Pepper & Brothers, PLLC
2323 21st Avenue South, Suite 502
Nashville, TN 37212
Email: rpepper@pepperbrotherslaw.com
mbrothers@pepperbrotherslaw.com

s/Paul F. Heaton

8864723_1