UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN H. SELBY, JR.,

        Plaintiff,

     v.

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

        Defendant.

Case No. 3 12 0560

JUDGE CAMPBELL
MAGISTRATE JUDGE KNOWLES

## STIPULATION TO EXTEND TIME TO FILE RESPONSES

    The  parties, through their counsel, stipulate that both sides shall have until January 23, 2013, to file their respective summary judgment response briefs to accommodate the holidays.

    Dated this 21st day of December, 2012.

Respectfully Submitted,

s/Paul F. Heaton

Paul F. Heaton
Admitted *pro hac vice*
HEATON TRIAL LAW, S.C.
Of Counsel,
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Tel:  (414) 287-9601
Fax:  (414) 274-5198
Email:  pheaton@gklaw.com

Anthony S. Baish
Admitted *pro hac vice*
Daniel C.W. Narvey
Admitted *pro hac vice*
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI  53202-3590
Phone:  414-273-3500
Fax:  414-273-5198
Email:    abaish@gklaw.com
             dnarvey@gklaw.com

Robert E. Boston (TN BPR No. 009744)
Charles H. Williamson (TN BPR No. 018287)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel:  (615) 244-6380
Fax:  (615) 244-6804
Email:  bob.boston@wallerlaw.com
             charley.williamson@wallerlaw.com

Attorneys for THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY

s/ J. Ross Pepper

J. Ross Pepper
Pepper & Brothers, PLLC
2323 21st Avenue South, Suite 502
Nashville, Tennessee 37217
Tel: (615) 256-4838
Fax: (615) 292-9613
Email: rpepper@pepperbrotherslaw.com

Attorney for John H. Selby, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, a copy of the foregoing joint Stipulation To Extend Time To File Responses was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

J. Ross Pepper, Esq.
Matthew Brothers, Esq.
Pepper & Brothers, PLLC
2323 21st Avenue South, Suite 502
Nashville, TN 37212
Email: rpepper@pepperbrotherslaw.com
mbrothers@pepperbrotherslaw.com

s/Paul F. Heaton

8876421_1