IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN H. SELBY, JR.         )
                           )
v.                         ) NO. 3-12-0560
                           ) JUDGE CAMPBELL
NORTHWESTERN MUTUAL        )
LIFE INSURANCE CO.         )

ORDER

The parties have filed a Stipulation to Extend Time to File Responses (Docket No. 59). Accordingly, the parties shall have until January 23, 2013, to file their respective summary judgment Responses. Any Replies shall be filed by February 11, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE