IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN H. SELBY, JR.            )
                              )
v.                            ) NO. 3-12-0560
                              ) JUDGE CAMPBELL
NORTHWESTERN MUTUAL           )
LIFE INSURANCE CO.            )

ORDER

Pending before the Court is a Joint Motion for Permission to File Reply Briefs and for Extension (Docket No. 67). The Motion is GRANTED, and the parties shall have until February 25, 2013, to file their Reply Briefs.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE