IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN H. SELBY, JR.      )
      )
v.      ) NO. 3-12-0560
      ) JUDGE CAMPBELL
NORTHWESTERN MUTUAL      )
LIFE INSURANCE CO.      )

ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Docket No. 31) and Plaintiff's First Motion for Summary Judgment (Docket No. 33). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and Plaintiff's Motion is DENIED. This action is DISMISSED, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE