UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN H. SELBY, JR. | ) |
| | ) |
| v. | ) NO. 3:12-0560 |
| | ) JUDGE CAMPBELL |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | ) |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/3/2013.

KEITH THROCKMORTON, CLERK
s/Elaine J. Hawkins, Deputy Clerk