IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHN H. SELBY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:12-0560 |
| THE NORTHWESTERN MUTUAL | ) | CLASS ACTION |
| LIFE INSURANCE COMPANY, | ) | Chief Judge Todd J. Campbell |
| | ) | Magistrate Judge E. Clifton Knowles |
| Defendant. | ) | |

_____

### NOTICE OF APPEAL
_____

Notice is hereby given that John H. Selby, Jr., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment entered on June 3, 2013.

Respectfully Submitted,

  /s/ J. Ross Pepper
J. Ross Pepper, (TN. BPR #14444)
Matthew Brothers, (TN. BPR #016000)
Timothy Roberto, (TN. BPR #030321)
PEPPER & BROTHERS, PLLC
2323 21st Avenue South, Suite 502
Nashville, Tennessee 37212
(615) 256-4838
*rpepper@pepperbrotherslaw.com*
*mbrothers@pepperbrotherslaw.com*
*troberto@pepperbrotherslaw.com*

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2013, a true and correct copy of the foregoing was served electronically via the Electronic Case Filing System to the following:


Robert E. Boston, (TN BPR #009744)
Charles H. Williamson, (TN BPR #018287)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
bob.boston@wallerlaw.com
charley.williamson@wallerlaw.com

Paul F. Heaton
Admitted *pro hac vice*
HEATON TRIAL LAW, S.C.
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
(414) 287-9601
pheaton@gklaw.com

Anthony S. Baish
Admitted *pro hac vice*
Daniel C.W. Narvey
Admitted *pro hac vice*
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
(414) 273-3500
(414) 273-5198
abaish@gklaw.com
dnarvey@gklaw.com

       /s/ J. Ross Pepper

       J. Ross Pepper

2

Case 3:12-cv-00560   Document 129   Filed 06/28/13   Page 2 of 2 PageID #: 4658