**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 17, 2013

Mr. Robert E. Boston
Waller, Lansden, Dortch & Davis
511 Union Street
Suite 2700
Nashville, TN 37219

Mr. Paul F. Heaton
Godfrey & Kahn
780 N. Water Street
Milwaukee, WI 53202

Mr. Daniel C. W. Narvey
Godfrey & Kahn
780 N. Water Street
Milwaukee, WI 53202

Mr. Joseph Rosson Pepper
Pepper & Brothers
2323 21st Avenue, S
Nashville, TN 37212

Re:  Case No. 13-5884, *John Selby, Jr. v. The Northwestern Mutual Life*
     Originating Case No. : 3:12-cv-00560

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                        Sincerely yours,

                                        s/Connie A. Weiskittel
                                        Mediation Administrator


cc:  Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 13-5884

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JOHN H. SELBY, JR.

    Plaintiff - Appellant

v.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                           **ENTERED PURSUANT TO RULE 33,**
                                           **RULES OF THE SIXTH CIRCUIT**
                                           Deborah S. Hunt, Clerk

Issued: September 17, 2013